UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30067 |
|---|---|
| CHRISTOPHER M SAKMAR | (Chapter 13) |
| MICHELLE SAKMAR | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040196**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 46 | MONEYBACK<br>5658 SPRINGBORO PIKE<br>MORAINE, OH  45449 | 153.04 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/15/2010

Certificate of Service                06-30067

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHRISTOPHER M SAKMAR
5328 N BEACON DRIVE
AUSTINTOWN, OH  44515

MICHELLE SAKMAR
136 BRONWOOD STREET
NEW LEBANON, OH  45345

DAVID E LARSON
1700 ONE DAYTON CENTRE
ONE SOUTH MAIN ST
DAYTON, OH  45402

(68.1n)
AMERICREDIT
% ALICE WHITTEN
BOX 183853
ARLINGTON, TX  76096

(62.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(61.1n)
LAURA R FAULKNER
525 VINE ST
SUITE 800
CINCINNATI, OH  45202

(46.1)
MONEYBACK
5658 SPRINGBORO PIKE
MORAINE, OH  45449

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv